UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------X

Evelyn Jones,

                        Plaintiff,        CV-07-3954 (CPS)

      - against -               ORDER OF
                                                       DISCONTINUANCE
Best Buy Company, Inc. and
 Condominium Park Ave. Court Condo,

                        Defendant.

-----------------------------------------X

       It having been reported to the Court that the above action has been settled, it is hereby

       ORDERED that the action is discontinued without costs and without prejudice to the right to reopen the action within 60 days if the settlement is not consummated.

       The Clerk is directed to transmit a copy of the within to all parties and to the assigned magistrate judge.

       SO ORDERED.

Dated :   Brooklyn, New York
           October 16, 2007

                                                 s/Hon. Charles P. Sifton
                                                 _____
                                                 United States District Judge